UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN J. MARTINEZ, an individual, and in her capacity as Stockholder Representative for BRAVO! BUILDING SERVICES, INC., BRAVO! FACILITY SERVICES, INC., and BRAVO INNOVATIVE SOLUTIONS, INC.<br><br>                                Plaintiff,<br><br>v.<br><br>KELLERMEYER BERGENSONS SERVICES, LLC,<br><br>                                Defendant. | Case No.: 23-cv-2077-RSH-DDL<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 28] |

      Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 28. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own fees and costs.

///

///

///

1 | The Clerk of Court is directed to close the case.

2 | **IT IS SO ORDERED.**

3 | Dated: October 4, 2024

*Robert S. Huie*

Hon. Robert S. Huie
United States District Judge